**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Carl Rogovich,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-00-1896-PHX-ROS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

In a pro se letter dated November 21, 2005, which was filed on November 23, 2005, Petitioner sought to expedite his habeas proceedings. (Dkt. 147.) On December 8, 2005, Petitioner's counsel filed a declaration signed by Petitioner in which he withdraws the request to expedite contained in his November 21 letter. Therefore, the Court will deny that request as moot.

Accordingly,

**IT IS ORDERED** that Petitioner's pro se request to expedite his habeas proceedings is **DENIED** as moot.

DATED this 5th day of January, 2006.

_____
Roslyn O. Silver
United States District Judge