**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Carl Rogovich,       ) | No. CV 00-1896-PHX-ROS |
|        Petitioner,        ) | <u>DEATH PENALTY CASE</u> |
| vs.                       ) | |
|                           ) | **ORDER** |
| Dora Schriro, et al.,     ) | |
|        Respondents.       ) | |

Pending before the Court is Respondents' motion for an extension of time to file their Merits Response. Petitioner does not oppose Respondents' motion.

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' unopposed motion for an extension of time. (Dkt. 162.) Respondents' Merits Response shall be filed by December 4, 2006.

**IT IS FURTHER ORDERED** that Petitioner may file a Merits Reply by January 8, 2007.

DATED this 1st day of November, 2006.

Roslyn O. Silver
United States District Judge