WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Carl Rogovich,<br><br>  Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>  Respondents. | No. CV 00-1896-PHX-ROS<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pending before the Court is Respondents' second motion for an extension of time to file their Merits Response. Petitioner does not oppose Respondents' motion.

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' unopposed motion for an extension of time. (Dkt. 165.) Respondents' Merits Response shall be filed by January 18, 2007.

**IT IS FURTHER ORDERED** that Petitioner may file a Merits Reply by February 20, 2007.

DATED this 13th day of December, 2006.

Roslyn O. Silver
United States District Judge